# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TRAVEYON BLACKLEDGE

NO. 2021 KW 1429

JANUARY 31, 2022

---

In Re:    Traveyon Blackledge, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 528,715.

---

**BEFORE:   McDONALD, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED. Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose convictions and sentences were final at the time the decision was rendered. See also **State v. Kelly,** 2021-00572 (La. 9/27/21), 324 So.3d 79 (per curiam). Accordingly, the district court did not err by dismissing the application for postconviction relief.

**JMM**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT